DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES BURKE,**
Appellant,

v.

**ORANGE COUNTY MOTORSPORTS, LLC,** d/b/a **JUMBO AUTO & TRUCK PLAZA OF FORT PIERCE; AMERICAN IMPORT CAR SALES, INC.,** d/b/a **HOLLYWOOD KIA; KURKIN FOREHAND BRANDES, LLP, MARC BRANDES, ESQ.** and **CRAIG BLINDERMAN, ESQ.,**
Appellees.

No. 4D18-81

[November 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. 562014CA000969(BC).

Raymond G. Ingalsbe of Raymond G. Ingalsbe, P.A., Palm Beach Gardens, for appellant.

Craig H. Blinderman of Kurkin Forehand Brandes LLP, Aventura, for appellees Kurkin Forehand Brandes, LLP, Marc Brandes, Esq. and Craig Blinderman, Esq.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***